

CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

# TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/5/2015 7:25:12 AM
CATHY S. LUSK
Clerk

May 4, 2015

Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:            12-15-00019-CR
          Trial Court Case Number:   007-1297-14

**Style:**   Lee Vincent
             v.
             The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause.  When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_____
      Katrina McClenny, Chief Deputy Clerk

C  Mr. Michael J. West (DELIVERED VIA E-MAIL)
C  Mr. Austin R. Jackson (DELIVERED VIA E-MAIL)
:

Mandate executed on _5th___ day of __MAY_____, 2015.

Brief explanation of action taken: _____SCANNNED_____

_____LINDA RHYMES_____District/County Clerk